UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JAYQUAN SEMIDEY, individually and on behalf of
others similarly situated,

Plaintiffs,

- against -

XPDEL, INC.,

Defendant.

**Case No.:22-cv-7098**

**AFFIDAVIT OF SERVICE**

Thao Williams, being duly sworn, deposes and says that I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.

On January 13, 2023, I served upon Defendant XPDEL, INC. a copy of the electronically submitted Order as ordered by Honorable Magistrate Judge Taryn A. Merkl on Jan. 13, 2023 by mailing said Order in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York State, at the last known physical address, which is:

XPDEL, Inc.
2625 Townsgate Road, #330
Westlake Village,CA, 91361



Thao Williams

Sworn to before me this
13th day of January 2023

Notary Public

BRETT R. COHEN
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in Nassau County
02CO6287957
MY COMMISSION EXPIRES 08/26/2025