AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JAYQUAN SEMIDEY, et al. <br> *Plaintiff* <br> v. <br> XPDEL, INC. <br> *Defendant* | ) <br> ) <br> ) Case No. 22-cv-7098 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JAYQUAN SEMIDEY, individually and on behalf of others similarly situated                                    .

Date:     04/14/2023

*Attorney's signature*

Anthony M. Alesandro, Esq.: 5686316
*Printed name and bar number*

Leeds Brown Law, P.C.
One Old Country Road, Suite 347
Carle Place, New York 11514

*Address*

aalesandro@leedsbrownlaw.com
*E-mail address*

516-873-9550
*Telephone number*

516-747-5024
*FAX number*